No. 516. UNION BUILDING CORP. *v.* CONWAY. Jurisdictional statement distributed November 21, 1936. Decided December 7, 1936. *Per Curiam:* The motion of the appellee to dismiss the appeal is granted, and the appeal is dismissed for the want of a substantial federal question. *Southwestern Oil Co.* v. *Texas,* 217 U. S. 114, 121– 124; *Singer Sewing Machine Co.* v. *Brickell,* 233 U. S. 304, 315; *Tax Commissioners* v. *Jackson,* 283 U. S. 527, 537–542; *First National Bank* v. *Tax Commission,* 289 U. S. 60, 63–64; *Puget Sound Co.* v. *Seattle,* 291 U. S.

619, 626. *Anna Judge Veters* for appellant. *Messrs. Charles J. Rivet* and *P. H. Stern* for appellee.